UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| JEROME R., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-cv-04029-SLD-JEH |
| | ) |
| KILOLO KIJAKAZI, | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is a Joint Stipulation to Remand to the Commissioner ("Joint Stipulation"), ECF No. 13. The parties request that the Court reverse the Acting Commissioner of Social Security's ("the Commissioner") decision and remand the cause for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g), which authorizes the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner . . . , with or without remanding the cause for a rehearing."

Upon remand, the administrative law judge "will further evaluate the medical evidence, including medical opinion evidence; further evaluate Plaintiff[ Jerome R.'s] residual functional capacity and explain how the medical evidence supports the residual functional capacity finding; if necessary, obtain supplemental vocational expert testimony; and issue a new decision." Joint Stipulation 1.

The Court finds the remand request appropriate. Accordingly, the Joint Stipulation to Remand to the Commissioner is GRANTED. The Commissioner's decision in this matter is REVERSED, and the cause is REMANDED to the Commissioner pursuant to the fourth sentence 42 U.S.C. § 405(g). The Clerk is directed to enter judgment and close the case.

Entered this 14th day of September, 2023.

                                                   s/ Sara Darrow
                                                   SARA DARROW
                                   CHIEF UNITED STATES DISTRICT JUDGE